# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CASE NO. 6:10-CR-00017-RC |
| v. | § | |
| | § | |
| | § | |
| JEREMY KRISTOPHER IVIE (7) | § | |
| | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable K. Nicole Mitchell, United States Magistrate Judge, at Tyler, Texas, for consideration pursuant to applicable laws and orders of this court. The Court received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge K. Nicole Mitchell recommended:

1. that the Court find that Defendant violated a standard condition of release as alleged in Allegation 1 in the petition, in that he failed to submit monthly written reports within the first five days of March, April, May, June, July and August 2016;

2. that Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583; and

3. that Defendant should be sentenced to a term of 6 months of imprisonment with no supervised release to follow.

Neither party has filed objections to Judge Mitchell's Report and Recommendation. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Jeremy Kristopher Ivie's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**So ORDERED and SIGNED this 12th day of April, 2017.**

_____
Ron Clark, United States District Judge